sale and collection or liquidation shall be entitled to receive such interest as may be realized upon the fund obtained therefrom," and it is only when they are actually applied to the impairment of the capital that this requirement ceases.

Under the foregoing discussion we sustain the court below in the discharge of the rule, but do so without prejudice to the petitioners' right to raise the question of novation and release from liability in the courts of Lackawanna County, and also to secure from the liquidator the interest and earnings from the certificates of deposit which have been retained.

The decree of the court below is affirmed without prejudice, costs to be paid by appellants.

## Little, Appellant, *v.* Four Wheel Drive Sales Company et al.

Argued May 27, 1935.   Before SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

412

414

*Paul A. Kunkel,* for appellant.

*Arthur H. Hull,* of *Snyder, Hull, Hull & Leiby,* for appellee.

PER CURIAM, June 29, 1935:

The judgment of the court below is affirmed upon the opinion of Judge WICKERSHAM.